UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
                                      *
UNITED STATES ex rel.                 *
Edward C. Randall, Jr., Relator       *
        Plaintiffs                    *    UNDER SEAL PURSUANT
                                      *    TO 31 U.S.C.§3730(b)(2)
v.                                    *
                                      *    Case No.: 4:23−CV−40018−MRG
Heywood Healthcare, Inc. and          *    SEALED CASE
Athol Memorial Hospital, Inc.         *
        Defendants                    *
                                      *
*************************************
```

## PLAINTIFF'S MOTION TO EXTEND
## TIME FOR SERVICE UPON DEFENDANTS

NOW COMES the Plaintiff, Edward C. Randall, Jr., acting as a *qui tam* relator on behalf of the United States by and through his attorneys, Shaheen & Gordon, P.A., and respectfully moves to extend the time for service upon the Defendants on the following grounds:

1. The Complaint in this matter was filed on February 28, 2023.

2. Heywood Healthcare filed for Chapter 11 Bankruptcy Protection on October 1, 2023. See Case No. 23-40817 (Banker.D.Mass.2024).

3. The Department of Justice filed a notice of Non-Intervention (#14) on May 14, 2024.

4. Heywood Healthcare filed a plan to emerge from Chapter 11 Bankruptcy Protection on May 29, 2024 (#754) Case No. 23-40817.

5. A hearing on Heywood Healthcare's plan to emerge from Chapter 11 Bankruptcy Protection scheduled for August 9, 2024, has been rescheduled to September 30, 2024.

6. Because the Defendants have not emerged yet from Chapter 11 Bankruptcy Protection, there currently remains in place an automatic stay precluding service on the Defendants.

7. It is likely that the Defendants will emerge from Chapter 11 Bankruptcy Protection sometime in the Fall of 2024.

8. The Relator, therefore, seeks an extension on the deadline to serve the Summonses on the Defendants until January 15, 2025.

    **WHEREFORE**, the Plaintiff respectfully prays as follows:

    A.    That the Honorable Court grant an extension of time to serve the Defendants, Heywood Healthcare, Inc. and Athol Memorial Hospital, Inc. to January 15, 2025; and

    B.    For such other and further relief as the Court deems equitable and just.

Respectfully submitted,
Edward C. Randall, Jr., Relator

By his attorney
Francis G. Murphy

Dated: 09/19/2024    By: \s\ Francis G. Murphy
Francis G. Murphy, Esq.
BBO # 362470
Shaheen & Gordon, P.A.
PO Box 888
Nashua, NH 03061
(603) 546-0004
fmurphy@shaheengordon.com

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of September 2024.

\s\ Francis G. Murphy
Francis G. Murphy